```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>            Plaintiff,<br><br>       vs.<br><br>Peter Lee, et al,<br><br>            Defendants | Case No. **2:11-cv-02792-JAM-CKD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

IT IS HEREBY ORDERED THAT this action is hereby dismissed With Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Date: December 8, 2011

                              /s/ John A. Mendez_____
                              U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-02792-JAM-CKD- 1

PDF created with pdfFactory trial version www.pdffactory.com